PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

United States District Court

for the

District of Alaska

**RECEIVED**

MAR 1 7 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

v.     Case No.   A01-0185CR (JWS)

James M. Ione

It appearing that the above-named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on January 13, 2008. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

REDACTED SIGNATURE   3/12/08
Beth A. Mader                Date
U.S. Probation/Pretrial Services
Officer

REDACTED SIGNATURE
Eric D. Odegard
Supervising U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 17th day of March, 2008

REDACTED SIGNATURE
John W. Sedwick
Chief U.S. District Court Judge